RENE L. VALLADARES
Federal Public Defender
Nevada State Bar 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville Avenue, Ste. 250
Las Vegas, Nevada 89101
Tel: (702) 388-6577
Fax: (702)388-6261

Attorney for Salvador Gonzalez-Meza

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-cr-261-GMN-VCF-1 |
| Plaintiff, | **MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| vs. | |
| SALVADOR GONZALEZ-MEZA, | |
| Defendant. | |

COMES NOW, Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, and hereby moves to withdraw as counsel of record. This motion is based upon the attached Memorandum of Points and Authorities and all of the papers and pleadings on file herein.

DATED this 20th day of April, 2015.

RENE L. VALLADARES
Federal Public Defender

*/s/ Nisha Brooks-Whittington*
_____
NISHA BROOKS-WHITTINGTON,
Assistant Federal Public Defender

1

1           **MEMORANDUM OF POINTS AND AUTHORITIES**

2                     **FACTUAL BACKGROUND**

3        On December 19, 2014, the Court, pursuant to the defendant's request for discretionary relief,

4 appointed the Federal Public Defender as counsel in this case to determine whether the defendant

5 may qualify to seek reduction of sentence and to present any motions or applications for reduction

6 of sentence in accordance with Amendment 782 and 18 U.S.C. § 3582(c)(2).  <u>See</u> Docket No. 52.

7 Counsel reviewed the defendant's file, including relevant court documents.  Based upon this review,

8 counsel will not file any motions or applications for reduction of sentence on the defendant's behalf.

9 Counsel has notified the defendant, and now seeks to withdraw from this case.

10        DATED this 20th day of April, 2015.

11                              Respectfully submitted,

12                              */s/ Nisha Brooks-Whittington*

13                              NISHA BROOKS-WHITTINGTON,
Assistant Federal Public Defender

14

15

16

17

18

19

20 IT IS SO ORDERED.

21

22 UNITED STATES MAGISTRATE JUDGE

23 DATED:      April 27, 2015

24

25

26

27

28